| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2008 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Clevenger, Raymond C. III | 2. Court or Organization U.S. Court of Appeals for the Federal Circuit | 3. Date of Report 5/15/09 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S Circuit Court Judge (Senior) | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 1/1/2008 to 12/31/2008 |
| 7. Chambers or Office Address 717 Madison Place N.W. Washington, D.C. 20439 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2008 MAY 18 A 11:45 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymund C. III | 5/15/09 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2008 | Self-employed (photographer) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond C. III | 5/15/09 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond C. III | 5/15/09 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America C.S. | H1 | DIV | P2 | T | | | | | |
| 2. Smith Barney Managed Municipal Fund | E | INT | O | T | | | | | |
| 3. PNC Bank Now account | D | INT | L | T | | | | | |
| 4. Shelter Properties VII units | A | CAP DISTRIB | J | W | | | | | |
| 5. Shawnee Village Partners units | A | CAP DISTRIB | J | W | | | | | |
| 6. Seminole Transp.Co. mineral contract | C | Contract payment | J | W | | | | | |
| 7. Coop Refining LLP mineral Contract | A | Contract payment | J | W | | | | | |
| 8. Total Petroleum Co. mineral Contract | B | Contract payment | J | W | | | | | |
| 9. Central Crude Co. mineral Contract | B | Contract payment | J | W | | | | | |
| 10. Delaware Group TaxFree Fund | E | INT | N | T | | | | | |
| 11. Smith Barney Daily Div. Fund | E | INT | N | T | | | | | |
| 12. CA Inc. C.S. | | NONE | | | SOLD ALL | 1/31 | G | (K) | |
| 13. Grant Prideco Inc. C.S. | | NONE | | | SOLD ALL | 3/11 | F | K | |
| 14. Chicago Bridge + Iron N.V. shares | A | DIV | | | SOLD ALL | 10/27 | G | (N) | |
| 15. Kansas City Southern Indus. C.S. | A | DIV | F | T | | | | | |
| 16. ON Semiconductor Corp. C.S. | A | DIV | | | SOLD ALL | 5/1 | G | (E) | |
| 17. Walter Industries Inc. C.S. | A | DIV | G | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond C. III | 5/15/09 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. China Natural Gas Inc. C.S. | A | DIV | E | T | | | | | |
| 19. Countrywide Financial Corp C.S. | | NONE | | | SOLD ALL | 1/11 | F | (E) | |
| 20. Delta Petroleum Corp. C.S. | A | DIV | | | SOLD ALL | 10/29 | G | (G) | |
| 21. Wesco International Inc. C.S. | A | DIV | | | SOLD ALL | 7/3 | F | (E) | |
| 22. Garmin Ltd. C.S. | A | DIV | E | T | BUY | 11/4 | E | | |
| 23. Weatherford Inte.Ltd. C.S. | | NONE | E | T | BUY | 12/26 | F | | |
| 24. Buckeye Technologies Inc. C.S. | A | DIV | E | T | BUY | 5/6 | F | | |
| 25. Enzo Biochem Inc. C.S. | A | DIV | F | T | BUY | 11/4 | F | | |
| 26. Forestar Group Inc. C.S. | A | DIV | F | T | BUY | 4/28 | G | | |
| 27. Lawson Software Inc. C.S. | | NONE | E | T | BUY | 12/29 | E | | |
| 28. National Oilwell Varco Inc. C.S. | A | DIV | F | T | BUY | 10/24 | F | | |
| 29. Petrohawk Energy Corp. C.S. | A | DIV | F | T | BUY | 10/28 | F | | |
| 30. Pinnacle Entmt. Inc. C.S. | A | DIV | F | T | BUY | 11/4 | F | | |
| 31. | | | | | | | | | |
| 32. Merrill Lynch & Co. Inc. C.S. | A | DIV | J | T | | | | | |
| 33. Connecticut State Housing Bond | D | INT | L | T | | | | | |
| 34. New Jersey Sports Center Bond | C | INT | L | T | | | | | |

1. Income Gain Codes: A =$1,000 or less     B =$1,001 - $2,500     C =$2,501 - $5,000     D =$5,001 - $15,000     E =$15,001 - $50,000
(See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000
2. Value Codes: J =$15,000 or less     K =$15,001 - $50,000     L =$50,001 - $100,000     M =$100,001 - $250,000
(See Columns C1 and D3)     N =$250,001 - $500,000     O =$500,001 - $1,000,000     P1 =$1,000,001 - $5,000,000     P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000     P4 =More than $50,000,000
3. Value Method Codes     Q =Appraisal     R =Cost (Real Estate Only)     S =Assessment     T =Cash Market
(See Column C2)     U =Book Value     V =Other     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond C. III | 5/15/09 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. D.C. Howard University Bond | C | INT | L | T | | | | | |
| 36. D.C. General Hospital Bond | B | INT | L | T | | | | | |
| 37. New Jersey State Refunding Bond | C | INT | L | T | | | | | |
| 38. Metropolitan DC Airport Bond | B | INT | L | T | | | | | |
| 39. Washington Area Transit Authority Bond | B | INT | L | T | | | | | |
| 40. MERRILL LYNCH FUNDS ↓ | | | | | | | | | |
| 41. Basic Value Fund | A | DIV | J | T | | | | | |
| 42. Global Fund | A | DIV | J | T | | | | | |
| 43. Phoenix Fund | A | DIV | J | T | | | | | |
| 44. Pacific Fund | A | DIV | J | T | | | | | |
| 45. Capital Growth Fund | A | DIV | J | T | | | | | |
| 46. G.T. Telecommunications Fund | A | DIV | J | T | | | | | |
| 47. Pasadena N.V. Trust Growth Fund | A | DIV | J | T | | | | | |
| 48. Scudder Capital Growth Fund | A | DIV | J | T | | | | | |
| 49. Odd Lot Fund | A | DIV | J | T | | | | | |
| 50. Gilead Sciences Inc. c.s. | A | DIV | J | T | | | | | |
| 51. Loral Space + Communications Inc. c.s. | A | DIV | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond C. III | 5/15/09 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Costco Cos. Inc. C.S. | A | DIV | J | T | | | | | |
| 53. Berkshire Hathaway Co C.S. | A | DIV | J | T | | | | | |
| 54. General Electric Co. C.S. | A | DIV | J | T | | | | | |
| 55. Level 3 Communications Inc. C.S. | A | DIV | J | T | | | | | |
| 56. Nokia Corp. C.S. | A | DIV | J | T | | | | | |
| 57. Echelon Corp. C.S. | A | DIV | J | T | | | | | |
| 58. Siebel Systems Inc. C.S. | A | DIV | J | T | | | | | |
| 59. Human Genome Sciences Inc. C.S. | A | DIV | J | T | | | | | |
| 60. Vanguard Security Systems Inc. C.S. | A | DIV | J | T | | | | | |
| 61. Tyco Inc. C.S. | A | DIV | J | T | | | | | |
| 62. Walt Disney Co. C.S. | A | DIV | J | T | | | | | |
| 63. Euro pacific Growth Fund | A | DIV | J | T | | | | | |
| 64. Global High Income Dollar Fund | A | DIV | J | T | | | | | |
| 65. Bluefly Inc. C.S. | A | DIV | J | T | | | | | |
| 66. Citadel Security Software Inc. C.S. | A | DIV | J | T | | | | | |
| 67. St Paul Companies Inc. C.S. | A | DIV | J | T | | | | | |
| 68. Bank of America C.S. | A | DIV | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond C. III | 5.15.09 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Blackrock Trust Co. C.S. | A | DIV | J | T | | | | | |
| 70. Canadian Oil Sands Trust Co. C.S. | A | DIV | J | T | | | | | |
| 71. Chevron Texaco Co. C.S. | A | DIV | J | T | | | | | |
| 72. Cisco Corp. C.S. | A | DIV | J | T | | | | | |
| 73. Dominion Reserve Inc. C.S. | A | DIV | J | T | | | | | |
| 74. Exxon Mobil Corp. C.S. | A | DIV | J | T | | | | | |
| 75. Ing International Small Cap. Fund | A | DIV | J | T | | | | | |
| 76. J.P. Morgan Chase + Co. Inc. C.S. | A | DIV | J | T | | | | | |
| 77. Kayne Anderson Midstream Investment Co. C.S. | A | DIV | J | T | | | | | |
| 78. Lowe's Cos. Inc. C.S. | A | DIV | J | T | | | | | |
| 79. MBNA Corp. C.S. | A | DIV | J | T | | | | | |
| 80. PHLO Corp. C.S. | A | DIV | J | T | | | | | |
| 81. Plum Creek Timber Co. Inc. C.S. | A | DIV | J | T | | | | | |
| 82. Royal Dutch Petroleum Corp. C.S. | A | DIV | J | T | | | | | |
| 83. SBC Communications Inc. C.S. | A | DIV | J | T | | | | | |
| 84. Star Scientific Inc. C.S. | A | DIV | J | T | | | | | |
| 85. Superconductor Technologies Inc. C.S. | A | DIV | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond C. III | 5·15·09 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Verizon Inc. C.S. | A | Div | J | T | | | | | |
| 87. Keeley Small Cap Value Fund | A | Div | J | T | | | | | |
| 88. Oppenheimer Int'l Small Co. Fund | A | Div | J | T | | | | | |
| 89. Putnam International Inc. C.S. | A | Div | J | T | | | | | |
| 90. Raymier REIT Inc. C.S. | A | Div | J | T | | | | | |
| 91. Snow Capital Management Fund | A | Div | J | T | | | | | |
| 92. International Game Technology Inc. C.S. | A | Div | J | T | | | | | |
| 93. Ishares DJ Select Div Fund | A | Div | J | T | | | | | |
| 94. Ishares MSCI EAFE Index Fund | A | Div | J | T | | | | | |
| 95. News Corp. Inc. C.S. | A | Div | J | T | | | | | |
| 96. Smuckers Inc. C.S. | A | Div | J | T | | | | | |
| 97. SRA International Inc. C.S. | A | Div | J | T | | | | | |
| 98. Dodge & Cox Int'l Stock C.S. | A | Div | J | T | | | | | |
| 99. Fairholme Fund shares | A | Div | J | T | | | | | |
| 100. G Market Inc. ADR shares | A | Div | J | T | | | | | |
| 101. Hewlett Packard Co. Inc. C.S. | A | Div | J | T | | | | | |
| 102. Lazard Energy Markets REIT shares | A | Div | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond C. III | 5-15-09 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Monsanto Co. C.s. | A | DIV | J | T | | | | | |
| 87. Powershares Water Reserve Portfolio shares | A | DIV | J | T | | | | | |
| 88. Reel time Rentals Inc. C.s. | A | DIV | J | T | | | | | |
| 89. Accential Software Corp. C.s. | A | DIV | J | T | | | | | |
| 90. Apple Inc. C.s. | | NONE | J | T | BUY | 11/13 | J | | |
| 91. | | | | | | | | | |
| 92. | | | | | | | | | |
| 93. | | | | | | | | | |
| 94. | | | | | | | | | |
| 95. | | | | | | | | | |
| 96. | | | | | | | | | |
| 97. | | | | | | | | | |
| 98. | | | | | | | | | |
| 99. | | | | | | | | | |
| 100. | | | | | | | | | |
| 101. | | | | | | | | | |
| 102. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond C. III | 5-15-09 |

**VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.** *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond C. III | 5·15·09 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544